UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GILBERT SEGAL JR.,

                              Plaintiff,

        -against-

NEW YORK MILITRY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT LIMITED
TO INSURANCE REPRESENTATIVES, ETC);
THE NATIONAL ASSOCIATION OF
INDEPENDENT SCHOOLS; THE RESEARCH
CENTER ON NATURAL CONVERSATION
INC.; ASSOCIATION OF MILITARY
COLLEGES AND SCHOOLS OF THE
UNITED STATES; JOHN DOE 1-8; JROTC
ARMY,

                              Defendants.

---

10/7/21

21-CV-6872 (VB)

VALENTIN ORDER

VINCENT L. BRICCETTI, United States District Judge:

        Plaintiff brings this *pro se* action, for which the filing fee has been paid, alleging that he was physical and sexually abused while he was a student at Defendant New York Military Academy. Plaintiff brings his claims under the Court's diversity of citizenship jurisdiction, 28 U.S.C. § 1332.

        Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the New York Military Academy to identify the six John Doe former classmates of Plaintiff and the two John Doe staff members described in the amended complaint. It is therefore ordered that counsel for the New York Military Academy must ascertain the identity of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served. Counsel for the New York Military Academy must provide this information to Plaintiff and the Court by **December 6, 2021**.

1

By **January 5, 2022**, Plaintiff must file a second amended complaint naming the John Doe defendants. The second amended complaint will completely replace, not supplement, the amended complaint. Therefore, plaintiff should include in the second amended complaint all information necessary for his claims. A second amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed a second amended complaint, the Court will issue an order directing the Clerk of Court to issue summonses as to the newly named defendants.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York Military Academy at: 78 Academy Drive, Cornwall-On-Hudson, New York 10926. A "Second Amended Complaint" form is attached to this order.

SO ORDERED.

Dated:    October 7, 2021
          White Plains, New York

_____
VINCENT L. BRICCETTI
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____ Civ. _____ (____)


**SECOND
AMENDED
COMPLAINT__**

Jury Trial:  ☐ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

I.      **Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name _____

               Street Address _____

               County, City _____

               State & Zip Code _____

               Telephone Number _____

B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1       Name _____

                      Street Address _____

                      County, City _____

                      State & Zip Code _____

                      Telephone Number _____


Defendant No. 2       Name _____

                      Street Address _____

                      County, City _____

                      State & Zip Code _____

                      Telephone Number _____


Defendant No. 3       Name _____

                      Street Address _____

                      County, City _____

                      State & Zip Code _____

                      Telephone Number _____


Defendant No. 4       Name _____

                      Street Address _____

                      County, City _____

                      State & Zip Code _____

                      Telephone Number _____


## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction?  *(check all that apply)*

       ☐ Federal Questions                    ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right

       is at issue? _____

       _____

       _____

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

       Plaintiff(s) state(s) of citizenship _____

       Defendant(s) state(s) of citizenship _____

       _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? _____

_____

B.     What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.     Facts: _____

| What happened to you? |

_____

_____

_____

| Who did what? |

_____

_____

_____

| Was anyone else involved? |

_____

| Who else saw what happened? |

_____

_____

_____

## IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

*Rev. 12/2009*                                    3

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20___.

Signature of Plaintiff     _____

Mailing Address     _____

_____

_____

Telephone Number     _____

Fax Number *(if you have one)* _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number     _____

*Rev. 12/2009*                    4