UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GILBERT SEGAL JR.,
          Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT LIMITED
TO INSURANCE REPRESENTATIVES, ETC);
THE NATIONAL ASSOCIATION OF
INDEPENDENT SCHOOLS; THE RESEARCH
CENTER ON NATURAL CONVERSATION
INC.; ASSOCIATION OF MILITARY
COLLEGES AND SCHOOLS OF THE
UNITED STATES; JOHN DOE 1-8; and JROTC
ARMY,
          Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6872 (VB)

*Copies Mailed/Faxed*
*Chambers of Vincent L. Briccetti*

      On January 21, 2022, plaintiff, who is proceeding pro se, requested pro bono counsel. (Doc. #21).

      The Court has considered the type and complexity of this case, the merits of plaintiff's claim, and plaintiff's ability to present the case. The Court does not find any exceptional circumstances in plaintiff's case that would warrant the appointment of counsel at this time. See 28 U.S.C. § 1915(e)(1); Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).

      Accordingly, plaintiff's application for appointment of pro bono counsel is DENIED WITHOUT PREJUDICE.

      Plaintiff may, but is not required to, contact the New York Legal Assistance Group ("NYLAG") Legal Clinic for Pro Se Litigants. Additional information on the Legal Assistance Clinic can be found at the following hyperlink: https://www.nysd.uscourts.gov/attorney/legal-assistance.

1

In addition, plaintiff filed an Amended Application to Proceed Without Prepaying Fees or Costs. (Doc. #20). However, the docket indicates plaintiff paid the filing fee in September 2021. Accordingly, this request is DENIED AS MOOT.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket

The Clerk shall terminate the motion. (Doc. #21).

Dated: January 26, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge