UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GILBERT SEGAL JR.,
        Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT
LIMITED TO INSURANCE
REPRESENTATIVES, ETC); THE
NATIONAL ASSOCIATION OF
INDEPENDENT SCHOOLS; RESEARCH
CENTER ON NATURAL CONSERVATION
INC.; ASSOCIATION OF MILITARY
COLLEGES AND SCHOOLS OF THE
UNITED STATES; JROTC ARMY; NEW
YORK DEPT. OF EDUCATION; SUN FIN
HOLDINGS; and MIDDLE STATES
ASSOCIATION OF COLLEGES AND
SCHOOLS,
        Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6872 (VB)

      On November 30, 2021, counsel appeared on behalf of defendant New York Military Academy ("NYMA"). (Doc. #9). On March 8, 2022, plaintiff filed a second amended complaint on the ECF docket. (Doc. #25). Accordingly, NYMA's response to the second amended complaint was due March 29, 2022.

      However, to date, NYMA has not answered, moved, or otherwise responded to the second amended complaint.

      Accordingly, the Court sua sponte extends to **April 22, 2022**, NYMA's time to answer, move, or otherwise respond to the second amended complaint.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 8, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge