UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GILBERT SEGAL JR.,
                Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT
LIMITED TO INSURANCE
REPRESENTATIVES, ETC); THE
NATIONAL ASSOCIATION OF
INDEPENDENT SCHOOLS; RESEARCH
CENTER ON NATURAL CONSERVATION
INC.; ASSOCIATION OF MILITARY
COLLEGES AND SCHOOLS OF THE
UNITED STATES; JROTC ARMY; NEW
YORK DEPT. OF EDUCATION; SUN FIN
HOLDINGS; and MIDDLE STATES
ASSOCIATION OF COLLEGES AND
SCHOOLS,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6872 (VB)



On April 22, 2022, defendants New York Military Academy and the Research Center on Natural Conservation Inc. moved to dismiss the second amended complaint. (Doc. #30). Accordingly, it is hereby ORDERED that:

    1.     Plaintiff's opposition to defendants' motion to dismiss is due **June 3, 2022**. The Motions Guide for Pro Se Litigants, a copy of which was mailed to plaintiff on October 8, 2021 (Doc. #7), describes the procedure for a motion to dismiss. Plaintiff is expected to review the Motions Guide and follow the instructions therein.

    2.     Defendants' reply in support of their motion to dismiss is due **June 17, 2022**.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 25, 2022
          White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge