MEMORANDUM ENDORSEMENT

Segal v. New York Military Academy et al,
21 CV 6872 (VB)

      In the attached letter, plaintiff, proceeding pro se, requests that his time to file a third amended complaint be extended. This is plaintiff's second request for an extension of time to file the third amended complaint.

      Plaintiff's request is GRANTED. By September 6, 2022, plaintiff shall file his third amended complaint.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 5, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed 8/5/22
Chambers of Vincent L. Briccetti