UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GILBERT SEGAL, JR.,
                           Plaintiff,

v.

NEW YORK MILITARY ACADEMY (all
entities including, but not limited to insurance
representatives etc.), and RESEARCH
CENTER ON NATURAL CONSERVATION
INC.,
                           Defendants.
--------------------------------------------------------------x



**ORDER**

21 CV 6872 (VB)

       On November 21, 2023, defense counsel moved to withdraw from representing defendants. (Doc. #70). The Court defers ruling on defense counsel's motion at this time.

       The motion indicates it was served on both defendants, in compliance with Local Civil Rule 1.4. (See Doc. #70 at ECF 9). However, it does not state whether defendants consent to withdrawal of their current attorneys.

       Accordingly, by December 8, 2023, defense counsel shall file a letter advising the Court in writing of his clients' position on the motion. If appropriate, defense counsel may move for that letter to be filed under seal.

       Defendants are advised that non-individual organizations, such as corporations, partnerships, limited liability companies, and associations, may _not_ appear in federal court without counsel. See Lattanzio v. COMTA, 481 F.3d 137, 139–40 (2d Cir. 2007) (per curiam). Furthermore, a non-attorney cannot act on behalf of a company. See id. As a result, if the Court grants counsel's motion to withdraw, defendants _must_ engage legal representation, or the Court may permit plaintiff to seek default judgments against them.

       In addition, defense counsel's application to seal the Supplemental Affirmation of Matthew Williams, Esq., in support of the motion is GRANTED. The Clerk is directed to place Doc. #71 under seal so it remains restricted to court users and counsel for defendants.

       By December 1, 2023, defense counsel shall serve a copy of this Order on defendants and file proof of such service on the ECF docket.

Dated: November 27, 2023
       White Plains, NY

SO ORDERED:

_Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge