```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GILBERT SEGAL JR.,                              :
                        Plaintiff,              :
                                                :
v.                                              :
                                                :         ORDER
NEW YORK MILITARY ACADEMY (ALL                  :
ENTITIES INCLUDING, BUT NOT LIMITED             :         21 CV 6872 (VB)
TO INSURANCE REPRESENTATIVES,                   :
ETC); and RESEARCH CENTER ON                    :
NATURAL CONSERVATION INC.,                      :
                        Defendants.             :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

      On July 26, 2024, the Court granted plaintiff's motion for an extension of time to retain new counsel and complete the Revised Civil Case Discovery Plana and Scheduling Order and adjourned the case management conference to October 3, 2024. (Doc. #105). In addition, the Court ordered that if plaintiff retained new counsel, the attorney shall promptly file a notice of appearance, and that if plaintiff does not retain new counsel, plaintiff must attend the October 3 conference in person.

      On September 30, 2024, plaintiff filed a motion for extension of time to retain representation. (Doc. #106). Plaintiff requested a "final extension" of thirty days because they are in active negotiations with a law firm. Plaintiff stated they contacted this firm on September 23, 2024, and it is one of many firms they have contacted since the Court's last order.

      Accordingly, it is HEREBY ORDERED.

      1.    Plaintiff's motion for an extension of time to retain representation is GRANTED. Absent compelling circumstances, no further extensions will be granted.

      2.    The case management conference scheduled for October 3, 2024, is ADJOURNED to **November 12, 2024, at 11:30 a.m.**, to proceed in person at the White Plains Courthouse, Courtroom 620, 300 Quarropas Street, White Plains, New York 10601.

      3.    If plaintiff retains representation, the attorney shall promptly file a notice of appearance and **by November 7, 2024**, the parties shall (i) submit a proposed Revised Civil Case Discovery Plan and Scheduling Order, and (ii) advise the Court by joint letter whether there are any issues to discuss at the November 12 conference.

      4.    If plaintiff does not retain representation, plaintiff must attend the November 12 conference in person, and the Court will set a Revised Civil Case Discovery Plan and Scheduling Order at the conference.

      The Clerk is instructed to terminate Doc. #106.

Chambers will mail and email a copy of this Order to plaintiff at the address on the docket.

Dated: October 1, 2024
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge