USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GILBERT SEGAL JR.,
          Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT LIMITED
TO INSURANCE REPRESENTATIVES,
ETC); and RESEARCH CENTER ON
NATURAL CONSERVATION INC.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6872 (VB)

Copies Mailed/Faxed 11/12/24
Chambers of Vincent L. Briccetti

     As discussed at a conference held today and attended by plaintiff and defense counsel, it is HEREBY ORDERED:

1. By **November 26, 2024**, plaintiff shall file an application for the Court to appoint pro bono counsel.

2. The next case management conference is scheduled for **January 7, 2025, at 12:00 p.m.** at the White Plains courthouse, Courtroom 620. In the event the Court grants plaintiff's application, it will likely adjourn the January 7 conference to a later date, in order for the Clerk of Court to attempt to locate pro bono counsel.

     Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 12, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1