UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------
GILBERT SEGAL, JR.,
          Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT LIMITED
TO INSURANCE REPRESENTATIVES,
ETC); and RESEARCH CENTER ON
NATURAL CONSERVATION INC.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 6872 (VB)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1-2-25]

[Stamp: Copies Mailed/Faxed 1-2-25 Chambers of Vincent L. Briccetti]

    On December 30, 2024, defendants moved to dismiss plaintiff's third amended complaint. (Doc. #111). Defendants argued plaintiff's claims should be dismissed for failure to prosecute because plaintiff had failed to meet the December 26, 2024, deadline to file an application for the Court to appoint pro bono counsel. However, plaintiff had filed an application for appointment of pro bono counsel on December 26, 2024. (Doc. #114). Yet it was not docketed until January 2, 2025, and defendants were likely not aware of plaintiff's motion when they filed their motion. Accordingly, defendants' motion is DENIED.

    All court deadlines remain unchanged, including the case management conference currently scheduled for January 7, 2025, at 12:00 p.m. The Court will address plaintiff's application at the January 7 conference.

    The Clerk is instructed to terminate the motion. (Doc. #111).

    Chambers will mail and email a copy of this Order to plaintiff at the address on the docket.

Dated: January 2, 2025
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge