# MUSA-OBREGON LAW, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
SHAUKY MICHAEL MUSA-OBREGON, ESQ.
SAVERIO LO MONACO, ESQ.
PETER KAPITONOV, ESQ. * admitted in NY/NJ
MAYRA VELEZ, ESQ.
RICHARD B. SUTIN, ESQ.
KARL J. ASHANTI, ESQ.
WWW.MUSA-OBREGON.COM
MOLAWFIRM@GMAIL.COM

*REPLY TO MASPETH OFFICE

| MASPETH OFFICE* | MANHATTAN OFFICE | WHITE PLAINS OFFICE |
|---|---|---|
| 55-21 69TH ST., 2nd FL | 757 THIRD AVE., 20TH FL | 199 MAIN ST., SUITE 301 |
| MASPETH, N.Y. 11378 | NEW YORK, N.Y. 10017 | WHITE PLAINS, N.Y. 10601 |
| TEL (718) 803-1000 | TEL (212) 655-4424 | TEL (914) 380-1436 |
| FAX (718) 374-6576 | FAX (718) 374-6576 | FAX (718) 374-6576 |

March 7, 2025

**BY ECF**
Hon. Vincent L. Briccetti, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Segal v. New York Military Academy et al.*, 21 CV 6872 (VB)

Dear Judge Briccetti:

  A mere two days ago, the undersigned filed a notice of appearance in this matter on behalf of Plaintiff Gilbert Segal so that our firm could represent the plaintiff herein. I must regrettably inform the court that, due to an abrupt change in circumstances and irreconcilable disagreement between the plaintiff and the firm, the firm is unable to commence such representation. No legal steps were taken since the filing of the notice of appearance. Further, no payments were ever received or requested of Mr. Segal. Accordingly, by mutual consent of the Plaintiff and the firm, the firm hereby seeks to withdraw the notice of appearance and wishes Mr. Segal the very best of luck in his valiant struggle to obtain justice in this case.

  The undersigned thanks the firm for its time and consideration.

                Sincerely,

                Karl J. Ashanti, Esq.
                Musa-Obregon Law, P.C.