UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GILBERT SEGAL, JR.,
                Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT LIMITED
TO INSURANCE REPRESENTATIVES,
ETC); RESEARCH CENTER ON NATURAL
CONSERVATION INC.; CAPT. GERALD
ALEXANDER; CAPT. "JOHN" GARRISON
(the first name being fictitious); LT. "JOHN"
KRAMER (the first name being fictitious);
COL. DENNIS COSTELLO; COL. FRANK
FORGIONE; JAMIE NORRIS; COLETTE
AUSTIN; SGT. JOSE ROMERO;
WIJATMOKO SEDJATI; RYAN ARGANTA;
and "JOHN DOE, M.D." (the name being
fictitious, person intended to be the resident
physician at New York Military Academy in
1997)
                Defendants.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/25

**ORDER**

21 CV 6872 (VB)

        On July 25, 2025, plaintiff Gilbert Segal, Jr., filed a fourth amended complaint adding Capt. Gerald Alexander, Capt. "John" Garrison, Lt. "John" Kramer, Col. Dennis Costello, Col. Frank Forgione, Jamie Norris, Colette Austin, Sgt. Jose Romero, Wijatmoko Sedjati, Ryan Arganta, and John Doe, M.D. as defendants in this case. More than 90 days have elapsed since the fourth amended complaint was filed, and there is no indication on the docket that defendants Alexander, Garrison, Kramer, Forgione, or Arganta have been served, and none of these defendants has appeared in the case.

        Accordingly, pursuant to Fed. R. Civ. P. 4(m), plaintiff's claims against defendants Alexander, Garrison, Kramer, Forgione, and Arganta will be dismissed without prejudice unless on or before **November 10, 2025**, plaintiff's counsel either: (i) files to the ECF docket proof of

1

service, indicating defendants Alexander, Garrison, Kramer, Forgione, and Arganta were served on or before October 23, 2025; or (ii) shows good cause in writing for the failure to comply with Fed. R. Civ. P. 4(m).

Dated: October 27, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge