UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GILBERT SEGAL, JR.,

              Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT LIMITED
TO INSURANCE REPRESENTATIVES,
ETC); RESEARCH CENTER ON NATURAL
CONSERVATION INC.; CAPT. GERALD
ALEXANDER; CAPT. "JOHN" GARRISON
(the first name being fictitious); LT. "JOHN"
KRAMER (the first name being fictitious);
COL. DENNIS COSTELLO; COL. FRANK
FORGIONE; JAMIE NORRIS; COLETTE
AUSTIN; SGT. JOSE ROMERO;
WIJATMOKO SEDJATI; RYAN ARGANTA;
and "JOHN DOE, M.D." (the name being
fictitious, person intended to be the resident
physician at New York Military Academy in
1997)

              Defendants.
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025

**ORDER**

21 CV 6872 (VB)

On November 17, 2025, plaintiff and defendants New York Military Academy

("NYMA") and Research Center on Natural Conservation, Inc., ("RCNC," together with plaintiff

and NYMA, the "Settling Parties") submitted a letter motion informing the Court they had

reached a settlement in principle. (Doc. #183). In addition, the parties asked the Court to

adjourn <u>sine die</u> plaintiff's deadline to oppose defendant RCNC's motion to dismiss the fourth

amended complaint (Doc. #156). (<u>Id</u>.).

      Accordingly, it is HEREBY ORDERED:

1. In light of the settlement in principle, RCNC's motion to dismiss the fourth amended
   complaint is DENIED WITHOUT PREJUDICE to refiling in the event the parties are
   unable to finalize settlement.

1

2. The Settling Parties' motion for an extension of time for plaintiff to file an opposition to RCNC's motion is DENIED AS MOOT.

3. By **December 17, 2025**, the Settling Parties shall file either a stipulation of dismissal or status report regarding settlement.

The Clerk is directed to terminate both motions (Docs. ##156; 183).

Dated: November 17, 2025
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge