UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GILBERT SEGAL, JR.,

                Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT LIMITED
TO INSURANCE REPRESENTATIVES,
ETC); RESEARCH CENTER ON NATURAL
CONSERVATION INC.; CAPT. GERALD
ALEXANDER; CAPT. "JOHN" GARRISON
(the first name being fictitious); LT. "JOHN"
KRAMER (the first name being fictitious);
COL. DENNIS COSTELLO; COL. FRANK
FORGIONE; JAMIE NORRIS; COLETTE
AUSTIN; SGT. JOSE ROMERO;
WIJATMOKO SEDJATI; RYAN ARGANTA;
and "JOHN DOE, M.D." (the name being
fictitious, person intended to be the resident
physician at New York Military Academy in
1997)

                Defendants.

---------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-12-26

**ORDER**

21 CV 6872 (VB)

On July 25, 2025, plaintiff Gilbert Segal, Jr., filed a fourth amended complaint adding

Capt. Gerald Alexander, Capt. "John" Garrison, Lt. "John" Kramer, Col. Dennis Costello, Col.

Frank Forgione, Jamie Norris, Colette Austin, Sgt. Jose Romero, Wijatmoko Sedjati, Ryan

Arganta, and John Doe, M.D. as defendants in this case.  More than 90 days after the fourth

amended complaint was filed, defendants Alexander, Garrison, Kramer, Forgione, and Arganta

(the "Non-Served Defendants") had not been served or appeared in the case.

Accordingly, on October 27, 2025, the Court notified plaintiff's counsel that plaintiff's

claims against the Non-Served Defendants would be dismissed without prejudice unless, by

November 10, 2025, plaintiff's counsel either (i) docketed proof that the Non-Served Defendants

had been timely served or (ii) showed good cause why service had not been effectuated pursuant

1

to Fed. R. Civ. P. 4(m).  (Doc. #178).  On November 10, 2025, plaintiff moved for a 90-day extension of time to serve the Non-Served Defendants (Doc. #181), which the Court granted (Doc. #182).

Today, plaintiff's counsel advised the Court that "the Non-Served Defendants [as well as defendant "John Doe, M.D."] all remain unserved" and "that at least one of them is deceased." (Doc. #190).  Consequently, plaintiff's counsel further advised the Court that plaintiff did not object to the fourth amended complaint being dismissed, without prejudice, against the Non-Served Defendants and "John Doe, M.D." (Id.).

Accordingly, it is HEREBY ORDERED:

1.  Plaintiff's fourth amended complaint is DISMISSED WITHOUT PREJUDICE as to the Non-Served Defendants and "John Doe, M.D."

2.  The Clerk is directed to terminate the following defendants from this case: Capt. Gerald Alexander, Capt. "John" Garrison, Lt. "John" Kramer, Col. Frank Forgione, Ryan Arganta, and "John Doe, M.D."

Dated: January 12, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

2