UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

GILBERT ALLAN SEGAL JR.,
                Plaintiff,

v.

NEW YORK MILITARY ACADEMY (ALL
ENTITIES INCLUDING, BUT NOT LIMITED
TO INSURANCE REPRESENTATIVES,
ETC); RESEARCH CENTER ON NATURAL
CONSERVATION INC.; SGT. JOSE
ROMERO; and WIJATMOKO SEDJATI,
                Defendants.

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/26

**ORDER**

21 CV 6872 (VB)

On January 30, 2026, the Court granted a motion to dismiss defendants Colonel Dennis Costello, Jamie Norris, and Collete Austin from this case. (Doc. #194). On February 2, 2026, plaintiff and defendants New York Military Academy ("NYMA") and Research Center on Natural Conservation Inc. ("RCNC" and together with NYMA the "Corporate Defendants") filed a stipulation of dismissal as to the Corporate Defendants only.

Accordingly, it is HEREBY ORDERED:

1. The case management conference scheduled for February 4, 2026, at 12:00 p.m., is CANCELLED.

2. By **February 17, 2026**, Segal's counsel shall file a letter informing the Court of how Segal intends to proceed against the two remaining defendants, Sgt. Jose Romero and Wijatmoko Sedjati.

Dated: February 2, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge