UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GILBERT ALLAN SEGAL JR.,

        Plaintiff,

v.

SGT. JOSE ROMERO and WIJATMOKO
SEDJATI,

        Defendants.

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/26

**ORDER**

21 CV 6872 (VB)

*Copies Mailed/Faxed*
*Chambers of Vincent L. Briccetti*

As discussed at a conference held on the record today and attended by plaintiff, who is proceeding pro se, it is HEREBY ORDERED:

1. The deadline for plaintiff to submit a motion for default judgment as to the remaining defendants is **July 31, 2026**. The motion shall comply with both Fed. R. Civ. P. 55, and Paragraph 6 and Attachment A of Judge Briccetti's Individual Practices.

2. If plaintiff fails to submit the motion, or otherwise fails to comply with court orders, the Court may dismiss the case for failure to prosecute or comply with court orders. See Fed. R. Civ. P. 41(b).

3. Plaintiff is required to update the Court on any changes to plaintiff's contact information.

The Clerk shall also update the docket to reflect plaintiff's updated phone number and email address:

Email: letstrythisnewone65@icloud.com
Phone: 301-462-2224

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 28, 2026
     White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge