UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GILBERT ALLAN SEGAL JR.,
Plaintiff,

v.

SGT. JOSE ROMERO and WIJATMOKO SEDJATI,
Defendants.

---------------------------------------------------------------x

**ORDER**

21 CV 6872 (VB)

The deadline for plaintiff, proceeding pro se, to submit a motion for default judgment as to the remaining defendants was August 17, 2026. (Doc. #211). The Court notes that on May 28, 2026, plaintiff was directed to submit such a motion by July 31, 2026, and later was given an extension at her request to August 17, 2026. Nevertheless, plaintiff has not filed any motion or requested another extension.

Accordingly, it is HEREBY ORDERED:

1. In consideration of plaintiff's pro se status and personal circumstances (see Doc. #210), the Court sua sponte extends the deadline for plaintiff to submit a motion for default judgment as to the remaining defendants to **September 2, 2026**. No other extensions will be granted, absent compelling reasons. The motion shall comply with both Fed. R. Civ. P. 55, and Paragraph 6 and Attachment A of Judge Briccetti's Individual Practices.

2. If plaintiff fails to submit the motion by September 2, 2026, or otherwise fails to comply with court orders, the Court may dismiss the case for failure to prosecute or comply with court orders. See Fed. R. Civ. P. 41(b).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 18, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge